UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN SMITH,

                Plaintiff,

v.　　　　　　　　　　　　　　　　　　　ORDER

UNITED STATES DEPARTMENT OF　　　　18-cv-03371 (PMH)
JUSTICE, et al.,

                Defendants.
------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

This matter has recently been reassigned to me. As there has been no activity on this docket since March 29, 2019, the parties are directed to submit a letter to the Court via ECF concerning the status of this action by April 27, 2020.

The U.S. Attorney's Office, SDNY, is instructed to mail a copy of this Order to the plaintiff, John Smith Reg. No. 04527-748, and file proof of service thereof.

SO-ORDERED:

Dated: New York, New York
       April 10, 2020

                                      Philip M. Halpern
                                      United States District Judge