UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN SMITH,

                      Plaintiff,

v.                                                       **ORDER**

UNITED STATES DEPARTMENT OF            18-cv-03371 (PMH)
JUSTICE, et al.,

                    Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        The Court is in receipt of the status letter dated April 27, 2020 filed by Defendants under seal which also requests leave to submit another status update letter. (Doc. 28). Defendants' request is granted. The status letter is due June 1, 2020.

        In the future, filings must comply with the rules of this Court and my Individual Practices. The parties are reminded that Judge McMahon's Order denied the motion to seal. (Doc. 7).

        The U.S. Attorney's Office, SDNY, is instructed to deliver a copy of this Order to the plaintiff and file proof of service thereof.

SO-ORDERED:

Dated:  New York, New York
         April 28, 2020

                                                                        _____
                                                                          Philip M. Halpern
                                                                          United States District Judge