UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JOHN SMITH,

                     Plaintiff,

      -against-

MR. M. YONNONE, DANIEL TARALLO, DIANNE
SOMMER, and THE UNITED STATES OF AMERICA,

                  Defendants.

-----------------------------------------------------------------x

**ORDER**

18 Civ. 3371 (JCM)

      Plaintiff John Smith ("Plaintiff"), proceeding *pro se*, brings this action pursuant to 42

U.S.C. § 1983 against Defendant the United States of America ("Defendant") for alleged medical

malpractice under the Federal Torts Claims Act, 42 U.S.C. §§ 1346(b), 2401(b), 2671-80.

(Docket No. 2).  Defendant filed its motion for summary judgment on October 7, 2022. (Docket

No. 71).  Along with its summary judgment motion, Defendant filed, *inter alia*, the Declaration

of Assistant United States Attorney Brandon Cowart, (Docket No. 73), and two slipsheeted

exhibit pages, (Docket Nos. 73-1 and 73-2).  The slipsheets indicate that the exhibits were "Filed

Under Seal."  However, Defendant did not file the exhibits under seal on the docket.

Accordingly, Defendant is hereby **ORDERED** to file Exhibits 1 and 2 to the Cowart Declaration

under seal by August 8, 2023.  Additionally, Defendant is **ORDERED** to file an Affidavit of

Service confirming that Plaintiff was served with all of Defendant's motion papers, including

Cowart Declaration Exhibits 1 and 2, by August 8, 2023.


Dated:    August 4, 2023
           White Plains, New York

                          **SO ORDERED:**

                          _____

                          JUDITH C. McCARTHY
                          United States Magistrate Judge