UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN SMITH,

                Plaintiff,                      18 **CIVIL** 3371 (JCM)

      -against-                        **JUDGMENT**

MR. M. YONNONE, DANIEL TARALLO,
DIANNE SOMMER, and THE UNITED STATES
OF AMERICA.

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 10, 2023, Defendant's motion for summary judgment is granted. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Opinion and Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

**Dated:** New York, New York
          August 11, 2023

                                            RUBY J. KRAJICK
                                            Clerk of Court

                            **BY:**   _____
                                                **Deputy Clerk**